No. 84–6015. BEACHBOARD v. EGGER, COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 84–6017. ANDERSON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 84–6019. TORREY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–6027. GARLAND v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6029. LAMAR v. BANKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–6032. CRISP v. DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 84–6039. MORENO v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–6040. STOTTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6045. PICKETT ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6048. WEBB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6052. CARTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–6061. SEALS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6065. FORRESTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6068. COMES FLYING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.